UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUPERTANKS, LLC dba TITAN FUEL TANKS, an Idaho limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>TUFF TANKS, LLLP, an Idaho limited liability partnership; JON CASEY HOLST, an individual; DENNIS SCOTT HOLST, an individual; and JAMES DONALD TEEGARDEN, an individual,<br><br>  Defendant. | Case No. 4:16-cv-00104-BLW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This matter having come before the Court upon the parties' Stipulation of Dismissal with Prejudice (Dkt. 47), and the Court having found good cause,

**IT IS ORDERED:**

1. The parties' Stipulation of Dismissal with Prejudice (Dkt. 47) is **GRANTED**, and all claims filed in the above-entitled case are hereby dismissed with prejudice, the same having been fully compromised and settled, each party to bear its own attorneys' fees and costs.

2. The Court will issue a separate judgment in accordance with Federal Rule of Civil Procedure 58.

DATED: January 19, 2017

B. Lynn Winmill
Chief Judge
United States District Court